# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**In re:**

Ohio Skill Games Incorporated et al v.
Pace−O−Matic, Inc. et al

Bankruptcy Case:  **08−06049−rk**

Judge:  **RUSS KENDIG**

**Appellant:**
Pace−O−Matic, Inc.

**CLERK'S NOTIFICATION REGARDING**
**AN APPEAL TO THE DISTRICT COURT**

−vs−

**Appellee:**
Ohio Skill Games Incorporated

Please be advised that a Notice of Appeal was filed on July 22, 2010.

The order or judgment of the bankruptcy judge that is subject to the appeal was filed on July 8, 2010.

The filing fee of $255:

☑  Has been paid

☐  Has not been paid

☐  Is waived for government entity

The court reporter designated to prepare the transcript, if requested, is Vickie Wayman.

I certify that a copy of this certificate was mailed to all parties and counsel of record and United States Trustee Pursuant to Rule 8004 on this date.

KENNETH J. HIRZ, CLERK OF COURT

**Dated:**  August 6, 2010
Form ohnb301a

By:  /s/ Doug Carey