**APPEAL**

# U.S. Bankruptcy Court
# Northern District of Ohio (Canton)
# Adversary Proceeding #: 08-06049-rk

*Assigned to:* JUDGE RUSS KENDIG
*Related BK Case:* 08-60560
*Related BK Title:* Ohio Skill Games Incorporated          *Date Filed:* 04/15/08
*Demand:*
*Nature of Suit:* 91

**Plaintiff**
-----------------------

**Ohio Skill Games Incorporated**          represented by **Michael J Moran**
P.O. Box 724                                              Gibson & Lowry
Massillon, OH 44708                                       PO Box 535
Tax ID / EIN: 20-1731172                                  234 Portage Trail
                                                          Cuyahoga Falls, OH 44222
                                                          (330) 929-0507
                                                          Fax : (330) 929-6605
                                                          Email: moranecf@yahoo.com

V.

**Defendant**
-----------------------

**Pace-O-Matic, Inc.**                     represented by **Jean R. Robertson**
4150 Blue Ridge Industrial Pkwy                           Calfee, Halter & Griswold LLC
Norcross, GA 30071                                        1400 KeyBank Center
                                                          800 Superior Avenue
                                                          Cleveland, OH 44114
                                                          216.622.8404
                                                          Fax : 216.241.0816
                                                          Email: jrobertson@calfee.com

                                                          **Ronald M. McMillan**
                                                          Calfee, Halter & Griswold LLP
                                                          1400 KeyBank Center
                                                          800 Superior Ave.
                                                          Cleveland, OH 44114
                                                          (216)622-8698
                                                          Email: rmcmillan@calfee.com

**Counter-Claimant**
----------------------

**Pace-O-Matic, Inc.**      represented by   **Ronald M. McMillan**
4150 Blue Ridge Industrial Pkwy      (See above for address)
Norcross, GA 30071

V.

**Counter-Defendant**
----------------------

**Ohio Skill Games Incorporated**      represented by
P.O. Box 724      **Michael J Moran**
Massillon, OH 44708      (See above for address)
Tax ID / EIN: 20-1731172

| Filing Date | Num# | Docket Text |
|---|---|---|
| 04/15/2008 | 1 | Adversary case 08-06049. 91 (Declaratory Judgement Rule 7001(9)): Complaint by Ohio Skill Games Incorporated against Pace-O-Matic, Inc.. Fee Amount $0 (91 (Declaratory Judgement Rule 7001(9))) (Moran, Michael aty) [Entry Date 04/15/2008] |
| 04/15/2008 | 2 | Request for Issuance of Summons Filed by Ohio Skill Games Incorporated. (Moran, Michael aty) [Entry Date 04/15/2008] |
| 04/15/2008 | 3 | Notice of Filing Deficiency - Corporate Ownership Statement is required (seshe, ) [Entry Date 04/15/2008] |
| 04/16/2008 | | Final Installment Payment. Fee Amount $250 Filed by Plaintiff Ohio Skill Games Incorporated. (Moran, Michael aty) [Entry Date 04/16/2008] |
| 04/16/2008 | | Receipt of Installment Payment (Final)(08-06049-rk) [court,recfnlin] ( 250.00) Filing Fee. Receipt number 12340505. Fee amount 250.00. (U.S. Treasury) [Entry Date 04/16/2008] |
| 04/17/2008 | 4 | Notice of Filing Deficiency w/ BNC Certificate of Service (RE: related document(s)3 ) Service Date 04/17/2008. (Admin.) [Entry Date 04/18/2008] |
| 04/18/2008 | 5 | Summons Issued on Pace-O-Matic, Inc. Answer Due 5/19/2008 Pre-Trial Conference set for 6/25/2008 at 09:45 AM at 109C Fed Bldg Canton. (mmccr, crt) [Entry Date 04/18/2008] |
| 04/18/2008 | 6 | Order Relative to Pre-Trial Signed on 4/18/2008. (mmccr, crt) [Entry Date 04/18/2008] |

| | | |
|---|---|---|
| 04/24/2008 | 7 | Amended Complaint by Michael J Moran on behalf of Ohio Skill Games Incorporated against Pace-O-Matic, Inc.. (Moran, Michael aty) [Entry Date 04/24/2008] |
| 04/24/2008 | 8 | Summons Service Executed on Pace-O-Matic, Inc. 4/24/2008 (Moran, Michael aty) [Entry Date 04/24/2008] |
| 04/24/2008 | 9 | Corporate Ownership Statement Filed by Ohio Skill Games Incorporated. (Moran, Michael aty) [Entry Date 04/24/2008] |
| 04/25/2008 | 10 | Motion for Preliminary Injunction *and Permanent Injunction* Filed by Ohio Skill Games Incorporated (Moran, Michael aty) [Entry Date 04/25/2008] |
| 04/30/2008 | 11 | Notice of Motion *for Preliminary and Permanent Injunction* Filed by Ohio Skill Games Incorporated (RE: related document(s)10 Motion for Preliminary Injunction *and Permanent Injunction* Filed by Ohio Skill Games Incorporated (Moran, Michael aty) filed by Plaintiff Ohio Skill Games Incorporated). Hearing scheduled for 5/27/2008 at 10:00 AM at 109C Fed Bldg Canton. (Moran, Michael aty) [Entry Date 04/30/2008] |
| 05/12/2008 | 12 | Notice of Pre-Hearing Conference Signed on 5/12/2008 (RE: related document(s)10 Motion for Preliminary Injunction and Permanent Injunction filed by Debtor). Hearing scheduled for 5/14/2008 at 10:00 AM at 109C Fed Bldg Canton. (mmccr, crt) [Entry Date 05/12/2008] |
| 05/13/2008 | 13 | Motion *for Order Admitting Attorneys Pro Hac Vice Pursuant to Local Bankruptcy Rule 2090-1* Filed by Pace-O-Matic, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order) (Robertson, Jean aty) [Entry Date 05/13/2008] |
| 05/14/2008 | 14 | Notice of Order to Set Hearing (RE: related document(s)12 ) Service Date 05/14/2008. (Admin.) [Entry Date 05/15/2008] |
| 05/15/2008 | 15 | Scheduling Order Signed on 5/15/2008 (RE: related document(s)10 Motion for Preliminary Injunction). Hearing scheduled for 9/8/2008 at 09:00 AM at 109C Fed Bldg Canton. (mmccr, crt) [Entry Date 05/15/2008] |
| 05/16/2008 | 16 | Order Granting Motion to admit attorneys pro hac vice filed by the law firm of Calfee, Halter & Griswold LLP, counsel to Pace-O-Matic, Inc. (Related Doc # 13) Signed on 5/16/2008. (mmccr, crt) [Entry Date 05/16/2008] |
| 05/17/2008 | 17 | Notice of Order to Set Hearing (RE: related document(s)15 ) Service Date 05/17/2008. (Admin.) [Entry Date 05/18/2008] |
| 05/18/2008 | 18 | Notice of Order on Generic Order w/ BNC Certificate of Service (RE: related document(s)16 ) Service Date 05/18/2008. (Admin.) [Entry Date 05/19/2008] |

| | | |
|---|---|---|
| 05/19/2008 | 19 | Answer to Complaint *Answer and Counterclaim of Pace-O-Matic, Inc.*, Counterclaim by Pace-O-Matic, Inc. against Ohio Skill Games Incorporated Filed by Pace-O-Matic, Inc.. (McMillan, Ronald aty) [Entry Date 05/19/2008] |
| 05/23/2008 | 20 | Memorandum in Opposition to *Motion for Preliminary and Permanent Injunction* Filed by Pace-O-Matic, Inc. (related document(s)10). (McMillan, Ronald aty) [Entry Date 05/23/2008] |
| 06/06/2008 | 21 | Answer to Counterclaim Filed by Ohio Skill Games Incorporated. (Moran, Michael aty) [Entry Date 06/06/2008] |
| 07/03/2008 | 22 | Trial and Scheduling Order Signed on 7/3/2008 . Trial date set for 9/8/2008 at 09:00 AM at 109C Fed Bldg Canton. (mfish, crt) [Entry Date 07/03/2008] |
| 07/05/2008 | 23 | Notice of Scheduling Order w/ BNC Certificate of Service (RE: related document(s)22 ) Service Date 07/05/2008. (Admin.) [Entry Date 07/06/2008] |
| 07/11/2008 | 24 | Notice *of Service of Answers to Defendant's First Set of Interrogatories and Second Request for Production of Documents* Filed by Ohio Skill Games Incorporated. (Moran, Michael aty) [Entry Date 07/11/2008] |
| 07/15/2008 | 25 | Motion to Compel *Production of Documents and to Continue Trial and Case Management Dates* Filed by Pace-O-Matic, Inc. (McMillan, Ronald aty) [Entry Date 07/15/2008] |
| 07/15/2008 | 26 | Memorandum in Support of *Motion to Compel Production of Documents and to Continue Trial and Case Management Dates* Filed by Pace-O-Matic, Inc. (related document(s)25). (McMillan, Ronald aty) [Entry Date 07/15/2008] |
| 07/15/2008 | 27 | Declaration re: Filed by Defendant Pace-O-Matic, Inc. (RE: related document(s)25 Motion to Compel *Production of Documents and to Continue Trial and Case Management Dates*). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (McMillan, Ronald aty) [Entry Date 07/15/2008] |
| 07/15/2008 | 28 | Notice of Hearing Filed by Pace-O-Matic, Inc. (RE: related document(s)25 Motion to Compel *Production of Documents and to Continue Trial and Case Management Dates* Filed by Pace-O-Matic, Inc. (McMillan, Ronald aty) filed by Counter-Claimant Pace-O-Matic, Inc., Defendant Pace-O-Matic, Inc.). Hearing scheduled for 8/19/2008 at 10:00 AM at 109C Fed Bldg Canton. (McMillan, Ronald aty) [Entry Date 07/15/2008] |
| 07/16/2008 | 29 | Certificate of Service Filed by Pace-O-Matic, Inc. (related document(s)28, 25, 27, 26). (McMillan, Ronald aty) [Entry Date 07/16/2008] |
| 07/18/2008 | 30 | Interrogatories *and Request for Production of Doccuments* Filed by Ohio Skill Games Incorporated. (Moran, Michael aty) [Entry Date 07/18/2008] |

| | | |
|---|---|---|
| 07/21/2008 | 31 | Notice *of Service of Plaintiff's Response to Defendant's First Request for Production of Doccuments* Filed by Ohio Skill Games Incorporated. (Moran, Michael aty) [Entry Date 07/21/2008] |
| 07/21/2008 | 32 | Response to *Motion to Compel Production of Documents and to Continue Trial and Case Management Dates* Filed by Ohio Skill Games Incorporated (related documents 25 Motion to Compel) (Moran, Michael aty) [Entry Date 07/21/2008] |
| 08/12/2008 | 33 | Joint Motion to Extend Time Filed by Ohio Skill Games Incorporated, Pace-O-Matic, Inc. (Attachments: # 1 Proposed Order) (McMillan, Ronald aty) [Entry Date 08/12/2008] |
| 08/19/2008 | 34 | Notice of Continued Hearing Signed on 8/19/2008 (RE: related document(s)25 Motion to Compel). Hearing scheduled for 9/8/2008 at 09:00 AM at 109C Fed Bldg Canton. (mmccr, crt) [Entry Date 08/19/2008] |
| 08/21/2008 | 35 | Notice of Order to Set Hearing (RE: related document(s)34 ) Service Date 08/21/2008. (Admin.) [Entry Date 08/22/2008] |
| 09/05/2008 | 36 | Document *Pace-O-Matic, Inc.'s Supplement to Motion to Compel Production of Documents and Revise Trial and Scheduling Order* Filed by Pace-O-Matic, Inc. (related document(s)25). (Attachments: # 1 Exhibit A) (McMillan, Ronald aty) [Entry Date 09/05/2008] |
| 09/09/2008 | 37 | Scheduling Order Signed on 9/9/2008 (RE: related document(s)1 Complaint). Status Conference scheduled for 10/22/2008 at 10:30 AM at 109C Fed Bldg Canton. (mmccr, crt) [Entry Date 09/09/2008] |
| 09/10/2008 | 38 | Notice of Order to Set Hearing (RE: related document(s)37 ) Service Date 09/10/2008. (Admin.) [Entry Date 09/11/2008] |
| 10/13/2008 | 39 | Motion to Compel *Discovery Responses* Filed by Ohio Skill Games Incorporated (Moran, Michael aty) [Entry Date 10/13/2008] |
| 10/23/2008 | 40 | Scheduling Order signed on 10/23/2008 (RE: related document(s)39 Motion to Compel). Hearing scheduled for 11/18/2008 at 02:00 PM at 109C Fed Bldg Canton. (lbald, crt) [Entry Date 10/23/2008] |
| 10/25/2008 | 41 | Notice of Order to Set Hearing (RE: related document(s)40 ) Service Date 10/25/2008. (Admin.) [Entry Date 10/26/2008] |
| 11/03/2008 | 42 | Objection to (related document(s): 39 Motion to Compel *Discovery Responses* filed by Counter-Defendant Ohio Skill Games Incorporated, Plaintiff Ohio Skill Games Incorporated) Filed by Pace-O-Matic, Inc. (related documents 39 Motion to Compel) (McMillan, Ronald aty) [Entry Date 11/03/2008] |

| | | |
|---|---|---|
| 11/06/2008 | 43 | Reply to *Defendant's Objection to Motion to Compel* Filed by Ohio Skill Games Incorporated, Ohio Skill Games Incorporated (related documents 42 Objection, ) (Moran, Michael aty) [Entry Date 11/06/2008] |
| 11/18/2008 | | Hearing Held (Court to issue order on brief schedule) (RE: related document(s)39Motion to Compel Discovery Responses (kpeel, ) [Entry Date 11/18/2008] |
| 11/21/2008 | 45 | Order Setting Briefing Schedule as follows: Plaintiff's Motion to Compel shall be held in abeyance until March 1, 2009; Agreed Stipulation of Facts to be submitted by December 12, 2008; Defendant Pace-O-Matic has until December 19, 2008 to file motion for summary judgment and response by Plaintiff to be filed by January 9, 2009 Signed on 11/21/2008 (RE: related document(s)39 Motion to Compel). (lwinn, crt) [Entry Date 11/21/2008] |
| 11/23/2008 | 46 | Notice of Order (PDF) w/ BNC Certificate of Mailing (RE: related document(s)45 ) Service Date 11/23/2008. (Admin.) [Entry Date 11/24/2008] |
| 12/19/2008 | 47 | Motion For Summary Judgment *(Partial)* Filed by Pace-O-Matic, Inc. (Attachments: # 1 Proposed Order) (McMillan, Ronald aty) [Entry Date 12/19/2008] |
| 12/19/2008 | 48 | Memorandum in Support of *Pace-O-Matic, Inc.'s Motion for Partial Summary Judgment* Filed by Pace-O-Matic, Inc. (related document(s)47). (Attachments: # 1 Declaration of M. Pace# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E) (McMillan, Ronald aty) [Entry Date 12/19/2008] |
| 01/09/2009 | 49 | Memorandum in Opposition to *Defendant's Partial Motion for Summary Judgment* Filed by Ohio Skill Games Incorporated (related document(s)47). (Moran, Michael aty) [Entry Date 01/09/2009] |
| 03/31/2009 | 50 | Order Signed on 3/31/2009 (RE: related document(s)49 Memorandum in Opposition to defendant's Motion for partial Summary Judgment filed by plaintiff, Ohio Skill Games Incorporated). (Response to Order due April 8, 2009 by plaintiff, Response by defendant to plaintiff's 4/8/09 response due 10 days after the filing of that notification) (mmccr crt) [Entry Date 03/31/2009] |
| 04/02/2009 | 51 | Notice of Order (PDF) w/ BNC Certificate of Mailing (RE: related document(s)50) Service Date 04/02/2009. (Admin.) [Entry Date 04/03/2009] |
| 04/06/2009 | 52 | Motion For Summary Judgment Filed by Ohio Skill Games Incorporated (Moran, Michael aty) [Entry Date 04/06/2009] |
| 04/16/2009 | 53 | Memorandum in Opposition to *Plaintiff's Motion for Partial Summary Judgment* Filed by Pace-O-Matic, Inc. (related document(s)52). (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (McMillan, Ronald aty) [Entry Date 04/16/2009] |

| | | |
|---|---|---|
| 04/21/2009 | 54 | Memorandum of Opinion Signed on 4/21/2009 (RE: related document(s)47 Motion for Summary Judgment, 52 Motion for Summary Judgment). (lbald crt) [Entry Date 04/21/2009] |
| 04/21/2009 | 55 | Order on Cross Motions for Partial Summary Judgment - (Denying Defendant's Motion For Partial Summary Judgment (Related Doc # 47), Granting Plaintiff's Motion For Partial Summary Judgment (Related Doc # 52)) Signed on 4/21/2009. (lbald crt) [Entry Date 04/21/2009] |
| 04/23/2009 | 56 | Notice of Opinion and Order w/ Certificate of Service (RE: related document(s)54) Service Date 04/23/2009. (Admin.) [Entry Date 04/24/2009] |
| 04/23/2009 | 57 | Notice of Order on Motion for Summary Judgement w/ BNC Certificate of Mailing (RE: related document(s)55) Service Date 04/23/2009. (Admin.) [Entry Date 04/24/2009] |
| 05/05/2009 | 58 | Notice of Continued Status Conference (RE: related document(s)1 Complaint) Hearing scheduled for 6/15/2009 at 09:00 AM at 109C Fed Bldg Canton. (croth) [Entry Date 05/05/2009] |
| 05/05/2009 | | Notation by Court - Please Disregard - Entered in Error (RE: related document(s)58 Notice of Hearing (PDF)) (croth) [Entry Date 05/05/2009] |
| 05/08/2009 | 59 | Notice of Telephonic Status Conference (PDF) Hearing scheduled for 5/13/2009 at 11:00 AM at 109C Fed Bldg Canton. (mfish) [Entry Date 05/08/2009] |
| 05/10/2009 | 60 | Notice of Hearing (PDF) w/ BNC Certificate of Mailing (RE: related document(s)59) Service Date 05/10/2009. (Admin.) [Entry Date 05/11/2009] |
| 05/20/2009 | 61 | Order Setting Hearing on Plaintiff's Motion to Compel signed on 5/20/2009 (RE: related document(s)39 Motion to Compel). Hearing scheduled for 6/18/2009 at 10:00 AM at 109C Fed Bldg Canton. (lbald crt) [Entry Date 05/20/2009] |
| 05/22/2009 | 62 | Notice of Order to Set Hearing (RE: related document(s)61) Service Date 05/22/2009. (Admin.) [Entry Date 05/23/2009] |
| 06/18/2009 | | Hearing Held (Atty Moran to provide order reflecting Agreed Matters) (RE: related document(s)39 Motion to Compel Discovery Responses. (kpeel) [Entry Date 06/18/2009] |
| 08/05/2009 | 64 | Order Granting, In Part, Motion To Compel (Related Doc # 39) Signed on 8/5/2009. (lbald crt) [Entry Date 08/05/2009] |
| 08/07/2009 | 65 | Notice of Order on Motion to Compel w/ BNC Certificate of Mailing (RE: related document(s)64) Service Date 08/07/2009. (Admin.) [Entry Date 08/08/2009] |

| 01/11/2010 | 66 | Order/Notice of Further Pretrial Conference Signed on 1/11/2010 . Pre-Trial Conference set for 2/10/2010 at 10:30 AM at 109C Fed Bldg Canton. (mfish crt) Modified on 1/14/2010 (mfish). Jeffrey L. Tarkenton served by the Court by regular US mail 1/14/10. |
| --- | --- | --- |
| 01/13/2010 | 67 | Notice of Scheduling Order w/ BNC Certificate of Mailing (RE: related document(s)66) Service Date 01/13/2010. (Admin.) [Entry Date 01/14/2010] |
| 02/16/2010 | 68 | Scheduling Order; Dispositive Motions by March 12, 2010, Responses by March 31, 2010, Replies by April 9, 2010 Signed on 2/16/2010 (RE: related document(s)1 Complaint). (croth crt) [Entry Date 02/16/2010] |
| 02/18/2010 | 69 | Notice of Order (PDF) w/ BNC Certificate of Mailing (RE: related document(s)68) Service Date 02/18/2010. (Admin.) [Entry Date 02/19/2010] |
| 03/12/2010 | 70 | Motion For Summary Judgment Filed by Ohio Skill Games Incorporated (Moran, Michael aty) [Entry Date 03/12/2010] |
| 03/12/2010 | 71 | Motion For Summary Judgment *Pace-O-Matic, Inc.'s Second Motion for Summary Judgment* Filed by Pace-O-Matic, Inc. (Attachments: # 1 Proposed Order) (McMillan, Ronald aty) [Entry Date 03/12/2010] |
| 03/12/2010 | 72 | Memorandum in Support of *Memorandum of Law in Support of Pace-O-Matic, Inc.'s Second Motion for Summary Judgment* Filed by Pace-O-Matic, Inc. (related document(s)71). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (McMillan, Ronald aty) [Entry Date 03/12/2010] |
| 03/12/2010 | 73 | Notice of Motion Filed by Pace-O-Matic, Inc. (RE: related document(s)71 Motion For Summary Judgment *Pace-O-Matic, Inc.'s Second Motion for Summary Judgment* Filed by Pace-O-Matic, Inc. filed by Counter-Claimant Pace-O-Matic, Inc., Defendant Pace-O-Matic, Inc.). (McMillan, Ronald aty) [Entry Date 03/12/2010] |
| 03/31/2010 | 74 | Memorandum in Opposition to *MEMORANDUM OF LAW IN OPPOSITION TO OHIO SKILL GAMES INCORPORATEDS MOTION FOR SUMMARY JUDGMENT* Filed by Pace-O-Matic, Inc. (related document(s)70). (Attachments: # 1 Exhibit A# 2 Exhibit B) (McMillan, Ronald aty) [Entry Date 03/31/2010] |
| 03/31/2010 | 75 | Response to *Motion for Summary Judgment* Filed by Ohio Skill Games Incorporated (related documents 71 Motion for Summary Judgment) (Moran, Michael aty) [Entry Date 03/31/2010] |
| 03/31/2010 | 76 | Notice *NOTICE OF FILING EXHIBITS C - G TO MEMORANDUM OF LAW IN OPPOSITION TO OHIO SKILL GAMES INCORPORATEDS MOTION FOR SUMMARY JUDGMENT* Filed by Pace-O-Matic, Inc. (RE: related document(s)74 Memorandum in Opposition to *MEMORANDUM OF LAW IN* |

| | | |
|---|---|---|
| | | *OPPOSITION TO OHIO SKILL GAMES INCORPORATEDS MOTION FOR SUMMARY JUDGMENT* Filed by Pace-O-Matic, Inc. filed by Counter-Claimant Pace-O-Matic, Inc., Defendant Pace-O-Matic, Inc.). (Attachments: # 1 Exhibit C# 2 Exhibit D# 3 Exhibit E# 4 Exhibit F# 5 Exhibit G)(McMillan, Ronald aty) [Entry Date 03/31/2010] |
| 04/09/2010 | 77 | Reply to *Pace-O-Matic's Response to Plaintiff's Motion for Summary Judgment* Filed by Ohio Skill Games Incorporated (Moran, Michael aty) [Entry Date 04/09/2010] |
| 04/09/2010 | 78 | Notice *of Filing of the Deposition of Kurt Gearhiser* Filed by Ohio Skill Games Incorporated (RE: related document(s)77 Reply to *Pace-O-Matic's Response to Plaintiff's Motion for Summary Judgment* Filed by Ohio Skill Games Incorporated filed by Counter-Defendant Ohio Skill Games Incorporated, Plaintiff Ohio Skill Games Incorporated). (Moran, Michael aty) [Entry Date 04/09/2010] |
| 04/09/2010 | 79 | Notice *of Filing of the Deposition of Jay Young* Filed by Ohio Skill Games Incorporated (RE: related document(s)77 Reply to *Pace-O-Matic's Response to Plaintiff's Motion for Summary Judgment* Filed by Ohio Skill Games Incorporated filed by Counter-Defendant Ohio Skill Games Incorporated, Plaintiff Ohio Skill Games Incorporated). (Moran, Michael aty) [Entry Date 04/09/2010] |
| 04/09/2010 | 80 | Notice *of Filing of the Deposition of Michael Pace* Filed by Ohio Skill Games Incorporated (RE: related document(s)77 Reply to *Pace-O-Matic's Response to Plaintiff's Motion for Summary Judgment* Filed by Ohio Skill Games Incorporated filed by Counter-Defendant Ohio Skill Games Incorporated, Plaintiff Ohio Skill Games Incorporated). (Moran, Michael aty) [Entry Date 04/09/2010] |
| 04/09/2010 | 81 | Reply to *OSG's Response to Pace-O-Matic's Motion for Summary Judgment* Filed by Pace-O-Matic, Inc. (related documents 75 Response) (McMillan, Ronald aty) [Entry Date 04/09/2010] |
| 07/08/2010 | 82 | Memorandum of Opinion (Not Intended for Publication) signed on 7/8/2010 (RE: related document(s)70 Motion for Summary Judgment, 71 Motion for Summary Judgment). (lbald crt) [Entry Date 07/08/2010] |
| 07/08/2010 | 83 | Order Denying, in Part, Debtor's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment and Scheduled Further Pretrial signed on 7/8/2010 (RE: related document(s)70 Motion for Summary Judgment, 71 Motion for Summary Judgment, 82 Written Opinion). Further pretrial hearing scheduled for 8/4/2010 at 10:45 AM at Ralph Regula U.S. Courthouse, Canton - Courtroom. (lbald crt) [Entry Date 07/08/2010] |
| 07/10/2010 | 84 | Notice of Opinion and Order w/ Certificate of Service (RE: related document(s)82) Service Date 07/10/2010. (Admin.) [Entry Date 07/11/2010] |

Case: 5:10-mc-00049-JRA  Doc #: 1-3  Filed:  08/06/10  10 of 10.  PageID #: 46

| | | |
|---|---|---|
| 07/10/2010 | 85 | Notice of Order to Set Hearing (RE: related document(s)83) Service Date 07/10/2010. (Admin.) [Entry Date 07/11/2010] |
| 07/22/2010 | 86 | Notice of Appeal . Fee Amount $255 Filed by Defendant Pace-O-Matic, Inc. (RE: related document(s)82 Written Opinion, 83 Set Hearing (PDF)). Appellant Designation due by 08/5/2010. (McMillan, Ronald aty) [Entry Date 07/22/2010] |
| 07/22/2010 | | Receipt of Notice of Appeal(08-06049-rk) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 18835872. Fee amount 255.00. (U.S. Treasury) [Entry Date 07/22/2010] |
| 07/22/2010 | 87 | Motion for Leave to File(related documents 82 Written Opinion, 83 Set Hearing (PDF))*Pace-O-Matic, Inc.'s Motion for Leave to Appeal* Filed by Pace-O-Matic, Inc. (RE: related document(s)82 Written Opinion, 83 Set Hearing (PDF)) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (McMillan, Ronald aty) [Entry Date 07/22/2010] |
| 07/22/2010 | 88 | Statement of Election to District Court Filed by Defendant Pace-O-Matic, Inc. (RE: related document(s)86 Notice of Appeal). (McMillan, Ronald aty) [Entry Date 07/22/2010] |
| 08/02/2010 | 89 | Notice of Rescheduled Pretrial Conference Signed on 8/2/2010 (RE: related document(s)1 Complaint). Hearing scheduled for 10/20/2010 at 09:00 AM at Ralph Regula U.S. Courthouse, Canton - #287. (croth crt) [Entry Date 08/02/2010] |
| 08/02/2010 | 90 | Objection to *Pace-O-Matic, Inc.'s Motion for Leave to Appeal* Filed by Ohio Skill Games Incorporated (related documents 87 Leave to File) (Moran, Michael aty) [Entry Date 08/02/2010] |
| 08/04/2010 | 91 | Notice of Order to Set Hearing (RE: related document(s)89) Service Date 08/04/2010. (Admin.) [Entry Date 08/05/2010] |
| 08/06/2010 | 92 | Clerks Notification to parties of Appeal filed *on July 22, 2010. (Interlocutory Appeal)* Filed by (RE: related document(s)86 Notice of Appeal). (dcare crt) [Entry Date 08/06/2010] |